EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4523
Chief, Major Crimes Section

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 1 2005

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEITH H. MALAQUI, ) <br> ) <br> Defendant. ) <br> _____) | CR. NO. CR05-00339 DAE <br><br> INDICTMENT <br><br> [18 U.S.C. §§ 922(j); <br> 922(g)(3); 924(a)] |

<u>INDICTMENT</u>

RECEIPT AND POSSESSION OF STOLEN FIREARM

The Grand Jury charges:

On or about July 15, 2005, to and including July 28, 2005, in the District of Hawaii, the defendant, KEITH H. MALAQUI, did knowingly receive and possess stolen firearms, to wit:

1.  1 Taurus, model Raging Hornet, .22 caliber, revolver, bearing a partial serial number 474;

2.  1 Volunteer Enterprises, model Commando Mark III, .45 caliber, carbine, bearing serial 16826;

3.  1 Chinese type 56, model SKS, 7.62 x 39 mm caliber, assault rifle, bearing serial number 24016207N;

4.  1 Ruger, model Mini-14, .223 caliber, semi-automatic rifle, bearing serial number 184-90594,

all which were manufactured outside the State of Hawaii and had previously been shipped and transported in interstate commerce to Hawaii.

All in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT 3

USER IN POSSESSION OF FIREARM

The Grand Jury further charges:

On or about July 15, 2005, to and including July 28, 2005, in the District of Hawaii, the defendant, EUGENE T. DECAMBRA, being an unlawful user of a controlled substance, as defined in Title 21, United States Code, Section 802, knowingly possessed in and affecting commerce, a firearm, to wit,

1.  1 Volunteer Enterprises, model Commando Mark III, .45 caliber, carbine, bearing serial 16826;

2.  1 Chinese type 56, model SKS, 7.62 x 39 mm caliber, assault rifle, bearing serial number 24016207N;

3.  1 Ruger, model Mini-14, .223 caliber, semi-automatic rifle, bearing serial number 184-90594,

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a).

DATED: August 11, 2005, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Major Crimes Section

_____
LORETTA SHEEHAN
Assistant U.S. Attorney