LODGED

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

AUG 12 2005
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 3 2005

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

LORETTA SHEEHAN
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 51083
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00339 DAE |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | OF COUNT 3 |
| | ) | |
| KEITH H. MALAQUI, | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL OF COUNT 3

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses Count 3 of the Indictment against Keith H. Malaqui in that the count

incorrectly lists co-defendant Eugene T. Decambra as the charged defendant.

DATED: Honolulu, Hawaii, August 12, 2005.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By  /s/ Loretta Sheehan
LORETTA SHEEHAN
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

DAVID ALAN EZRA
THE HON. DAVID A. EZRA
UNITED STATES DISTRICT COURT JUDGE

United States v. Keith H. Malagui
CR. NO. 05-00339 DAE
Order for Dismissal

2