# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/13/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00339DAE |
| CASE NAME: | USA vs. KEITH H. MALAQUI |
| ATTYS FOR PLA: | Loretta A. Sheehan |
| ATTYS FOR DEFT: | Todd W. Eddins |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 1/13/2006 | TIME: | 11:05-11:24 |

COURT ACTION:  EP: Motion for Withdrawal of Not Guilty Plea and to Plead Anew - Defendant present in custody.

Defendant sworn, questioned by the Court. Consent to Rule 11 Plea In a Felony Case Before United States Magistrate, signatures verified and filed. Memorandum of Plea Agreement, signatures verified and filed. Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, possible penalties, supervised release, possible loss of civil rights, limited rights to appeal, etc.

Plea of Guilty as to Count 2 of the Superseding Indictment entered by the Defendant. R&R signed, with 10 days to object. Pre-Sentence report ordered from USPO.

SENTENCING to Count 2 of the Superseding Indictment set for 3:00 p.m. 7/10/06 before Judge David Alan Ezra.

Defendant remanded to the custody of the U.S. Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager