TODD EDDINS 5544
1001 Bishop Street, Suite 1320
Honolulu, Hawai'i 96813
Telephone: 808.538.1110
Fax: 808.528.2449
E-mail: Eddins@Eddinsdefense.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00339 DAE |
| | ) | |
| | ) | STATEMENT RELATING TO |
| Plaintiff, | ) | DRAFT PRESENTENCE REPORT |
| | ) | |
| VS. | ) | SENTENCING DATE: JULY 20, 2006 |
| | ) | 1:30 P.M. |
| | ) | JUDGE: HONORABLE DAVID A. |
| KEITH MALAQUI, | ) | EZRA |
| | ) | |
| Defendant. | ) | |

STATEMENT RELATING TO DRAFT PRESENTENCE REPORT

Defendant Keith Malaqui, by and through her counsel, Todd Eddins, has reviewed the factual information, sentencing classification, sentencing guideline ranges and policy statements contained in the Proposed Presentence Report and does not have any objections to the report.

DATED: Honolulu, Hawai'i, June 12, 2006.

                /s/ Todd Eddins
                TODD EDDINS
                Attorney for Keith Malaqui

CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2006, a true and correct copy of the foregoing document was served on the following person via electronic filing.

Loretta Sheehan
Assistant United States Attorney
PJKK Federal Building, Room 6-100
300 Ala Moana Blvd.
Honolulu, HI 96850

I hereby on or about June 12, 2006, a true and correct copy of the foregoing document was served on the following person via hand delivery.

John Davis
U.S. Probation Officer
300 Ala Moana Blvd., Room C-110
Honolulu, HI 96850

DATED:   June 12, 2006

/s/ Todd Eddins
Todd Eddins