# AMENDED MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/21/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CR 05-00339DAE

CASE NAME:     USA v. Keith H. Malaqui

ATTYS FOR PLA:

ATTYS FOR DEFT:

USPO:

JUDGE:   David Alan Ezra          REPORTER:

DATE:    7/21/2006                TIME:

COURT ACTION:  EO: Sentencing to Count 2 of the First Superseding Indictment as to Defendant Keith H. Malaqui.

ADDITIONAL CONDITION:

11. Defendant shall execute all financial disclosure forms and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include employment records.

Submitted by:  Theresa Lam, Courtroom Manager